**Order entered January 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01756-CV

### TODD SALTERS, ET AL., Appellants

### V.

### RYAN D. MOORE, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13495-A**

## ORDER
Before Chief Justice Wright and Justices O'Neill and Lang-Miers

We **DENY** appellants' motion for temporary orders pending interlocutory appeal.

/s/     MICHAEL J. O'NEILL
          JUSTICE